**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION**

**RONNY CROOK,**

**Plaintiff,**

**v.** **Case No. 5:26cv130-MCR/MJF**

**M. MASHBURN, et al.,**

**Defendants.**

______________________________/

# ORDER

The Magistrate Judge issued a Report and Recommendation dated May 18, 2026. ECF No. 5. The Court has furnished Plaintiff a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, the Court concludes that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this order.

2. This action is **DISMISSED without prejudice** failure to state a claim pursuant to 28 U.S.C. § 1915A.

3. The clerk of the court is directed to close the case file.

**DONE AND ORDERED** this 24th day of August 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**